# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: All Parties

FROM: Judge Roger W. Titus

RE: *Beverly K. Preston v. Ford Motor Company*  
Civil Case No. RWT 11-3221

DATE: November 28, 2011

\* \* \* \* \* \* \* \*

I have today issued the Court's standard form of Scheduling Order**.**

The issuance of the Scheduling Order authorizes the initiation of discovery, and I want to be certain that all parties are aware of the obligations imposed upon them as part of the discovery process. Even though a party may not be represented by an attorney, compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court is required. The following are links to these rules:

Federal Rules: http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/CV2009.pdf  
Local Rules: http://www.mdd.uscourts.gov/localrules/localrulesfinal-july2010.pdf.

I also urge the parties to review carefully the recent decision of Chief Magistrate Judge Paul Grimm in the case of *Mancia v. Mayflower Textile Services Co.,* 253 F.R.D. 354 (D. Md. 2008). The following is a link to the decision for your convenience:

http://www.mdd.uscourts.gov/Opinions/Opinions/Mancia%20v.%20Mayflower_Opinion_10.15.08.pdf.

If the parties read this decision and apply the rules in accordance with that decision, it is quite likely that the level of discovery disputes, if any, will be reduced appreciably.